# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147314

COUNTY OF LENAWEE,
          Plaintiff-Appellant,

v

DAVID WAGLEY, BARBARA
WAGLEY, BANK OF LENAWEE,
and PAVILLION MORTGAGE,
          Defendants-Appellees.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147314
COA: 311255
Lenawee CC: 05-001960-CC

_____/

On order of the Court, the application for leave to appeal the May 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

p1118